JACK NELSON v. WEMS INTERNATIONAL
CONTROLS, INC., ET AL.

September 6, 1989.

Petition for certification denied.

WILLIAM P. KENNEDY v. BOARD OF TRUSTEES OF THE
NEW JERSEY POLICE AND FIREMEN'S
RETIREMENT SYSTEM.

September 6, 1989.

Petition for certification denied.

ROSCOE D. FISHER, JR. v. THE QUAKER OATS COMPANY.

September 6, 1989.

Petition for certification denied. (See 233 *N.J.Super.* 319).

JOHN F. JACKSON, ET UX. v. CRANE PACKING
COMPANY, ET AL., AND
CAREY CANADA, INC.

September 6, 1989.

Petition for certification denied.